**Opinion filed October 13, 2022**



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00066-CR

_____

## CHARLES FLOYD DUQUETTE JR., Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 42nd District Court**
**Coleman County, Texas**
**Trial Court Cause No. CR03106**

## M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss this appeal. Appellant no longer wishes to pursue an appeal, and he requests that we dismiss this appeal and issue mandate immediately. The motion is signed by both Appellant and Appellant's counsel in compliance with Rule 42.2 of the Texas Rules of Appellate Procedure.

The motion is granted, and the appeal is dismissed. Pursuant to Appellant's request, the mandate of this court shall be issued in an expedited manner. *See* TEX. R. APP. P. 18.1(c).

PER CURIAM

October 13, 2022

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.